Submitted July 1, portion of judgment requiring defendant to pay $60 "Mandatory State Amt" reversed, otherwise affirmed August 31, 2016

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

TRAJAN LEWALLEN LOVINGIER,
*Defendant-Appellant.*

Clackamas County Circuit Court
CR1411339; A160184

380 P3d 326

Thomas J. Rastetter, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and John Evans, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Carson L. Whitehead, Assistant Attorney General, filed the brief for respondent.

Before Sercombe, Presiding Judge, and Tookey, Judge, and DeHoog, Judge.

## PER CURIAM

Defendant appeals a judgment of conviction for third-degree theft. ORS 164.043. He assigns error to the trial court's imposition, in the judgment, of a $60 "Mandatory State Amt." Defendant asserts that the trial court lacked statutory authority to impose that assessment. The state concedes that the trial court lacked authority to impose the $60 assessment and that that portion of the judgment should be reversed. We agree, and accept the state's concession. *See State v. Nutt*, 274 Or App 217, 220-21, 360 P3d 636 (2015), *rev den*, 358 Or 551 (2016) (discussing trial court's lack of authority to impose $60 "Mandatory State Amt" and reversing portion of judgment requiring the defendant to pay that assessment).

Portion of judgment requiring defendant to pay $60 "Mandatory State Amt" reversed; otherwise affirmed.